In the Matter of the Application of GEORGE F. CANFIELD for a Construction of the Will of ALBERT W. CANFIELD, Deceased.

ALBERT W. CANFIELD et al., Appellants; WALLIS C. BIRD et al., Respondents.

(Argued April 7, 1931; decided May 12, 1931.)

*F. Morse Hubbard* for appellants.

*Edwin W. Cooney* and *Elmer J. Hoare* for Wallis C. Bird, respondent.

*George F. Canfield,* respondent in person.

Order affirmed, with costs payable out of the corpus of the trust fund; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.